No. 3667.—STATE ex rel. W. HAWKSWORTH *v.* CRESCENT CITY GAS LIGHT COMPANY.

Where shares of stock in a company have been regularly subscribed for, and the subscriber dies, and his universal legatee claims and is decreed by a final judgment of a court of competent jurisdiction to be the owner thereof, such shares of stock can not be taken by another subscriber, especially if, at the time of the second subscription, the books of the company have been closed by a resolution of the board of directors.

APPEAL from the Eighth District Court, parish of Orleans. *Dibble,* J. *William Grant* and *Hunton & Grover,* for relator and appellant. *Billings & Hughes,* for defendant and appellee.

LUDELING, C. J. This is a suit by mandamus to compel the defendant to recognize the relator as the owner of fifteen hundred shares of the capital stock of the company, and to permit a transfer to be made thereof on the books of the company, and to issue proper certificates of stock to the transferees.

The defense is substantially that relator is not the owner of said stock, and has no right to make the demands insisted upon by him.

There was judgment against the relator dismissing his complaint, and he has appealed.

The evidence satisfies us that at the time the relator signed his name to the subscription books of the company a second time, it was with

the view of appropriating the stock subscribed for by A. B. Long, which was attempted to be canceled without authority, although with the consent of the executor of A. B. Long, who believed he could cancel this subscription. The universal legatee of A. B. Long, having asserted her rights to this stock, the court adjudged it to belong to her, and no appeal has been taken from that judgment. At the time the relator signed for said second subscription the subscription books had been closed by a resolution of the board of directors, and no subscriptions could lawfully be made at the time. There is no error in the judgment appealed from.

It is therefore ordered that the judgment be affirmed, with costs of appeal.